IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA L. HAINAN, ) | |
| ) | |
| Plaintiff, ) | CA No. 2:10-cv-01600 |
| ) | |
| v. ) | Judge Gary L. Lancaster |
| ) | |
| S&T Bank, a business, and LORI ) | ELECTRONICALLY FILED |
| BARTOLETTA, an individual, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, each party to bear its own costs and fees as more fully set forth in their confidential Settlement Agreement and Release.

Dated: August 18, 2011

| | |
|---|---|
| THE WILLIAMS LAW OFFICE | BUCHANAN INGERSOLL & ROONEY PC |
| 101 N. Main Street | One Oxford Centre |
| Suite 106 | 301 Grant Street, 20th Floor |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| Telephone: (724) 838-8110 | Telephone: (412) 562-1537 |
| Facsimile: (724) 838-1600 | Facsimile: (412) 562-1041 |
| | |
| /s/ Susan Williams | /s/ Terry D. Roberts |
| Susan Williams *(PA ID No. 40077)* | Terry D. Roberts *(PA ID No. 310148)* |

SO ORDERED, this 22 day of August, 2011.

_____, C.J.